# United States Court of Appeals for the Fifth Circuit

---

No. 25-50201
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
April 16, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee,*

*versus*

Ronnie Ray Lemons,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:22-CR-2483-1

---

Before Stewart, Graves, and Oldham, *Circuit Judges.*

Per Curiam:[*]

The attorney appointed to represent Ronnie Ray Lemons has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Lemons has responded. The record is not sufficiently developed to allow us to make a fair evaluation of Lemons's claims of

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-50201

ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as Lemons's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.